# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

LEIGHANNA M.,

                Plaintiff,                24 **CIVIL** 2376 (GRJ)

    -against-                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision & Order dated September 25, 2024, Plaintiff's Motion for Judgment on the Pleadings is DENIED; and this case is DISMISSED. Final judgment is entered in favor of the Commissioner and this case is closed.

**Dated:** New York, New York
        September 25, 2024

                                          **DANIEL ORTIZ**
                                      **Acting Clerk of Court**

                         **BY:**
                                          **Deputy Clerk**